No. 87–746.   MICHAEL H. ET AL. *v.* GERALD D.   Ct. App. Cal., 2d App. Dist.   [Probable jurisdiction noted, 485 U. S. 903.] Motion of appellee for divided argument denied.

No. 87–1165.   CALIFORNIA ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir.   [Certiorari granted, 485 U. S. 1020.]   Motion of petitioners to dispense with printing the joint appendix granted.

No. 87–6219.   PEREZ ET UX. *v.* UNITED STATES, 484 U. S. 1057.   Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* denied.

No. 87–6405.   TOMPKINS *v.* TEXAS.   Ct. Crim. App. Tex. The order of May 16, 1988 [*ante,* p. 1004], granting the petition for writ of certiorari is amended to read as follows: Certiorari granted limited to Questions 1 and 2 presented by the petition. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 87–6471.   LAROCCA *v.* BOARDMAN TOWNSHIP ET AL. C. A. 6th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied.   Petitioner is allowed until July 5, 1988, within which to pay the docketing fee required by Rule 45(a) and to submit a petition for writ of certiorari in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE BLACKMUN, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*

No. 87–6855.   IN RE MAKER.   Petition for writ of mandamus denied.

No. 87–6826.   IN RE FAUNCE.   Petition for writ of mandamus and/or prohibition denied.

No. 87–1383.   UNITED STATES *v.* HALPER.   Appeal from D. C. S. D. N. Y.   Probable jurisdiction noted.